JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TIARA RANSOM,

Plaintiff,

v.

ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendant.

No. 2:24-cv-05433-CAS-MAAx

**JUDGMENT**

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment (Dkt. 47),

IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Defendant on all of Plaintiff's claims;
2. This action is dismissed with prejudice;
3. Each side to bear its own attorneys' fees and costs.

Dated: October 16, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE